UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUNBIT CHO,

           Plaintiff,

    v.

META PLATFORMS, INC.,

           Defendant.

Case No. 3:25-CV-08467-JCS

**ORDER AS MODIFIED GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT META PLATFORMS, INC.'S MOTIONS TO TRANSFER VENUE [DKT. 19] AND COMPEL ARBITRATION [DKT. 20]**

### ORDER AS MODIFIED

The Court, having considered the Parties' stipulation and finding good cause, hereby ORDERS that the hearings on Defendant's Motion to Transfer Venue (Dkt. 19) and Motion to Compel Arbitration (Dkt. 20) are continued from April 8, 2026 to May 20, 2026 at 9:30 a.m. via Zoom Webinar.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 2, 2026

_____
Magistrate Judge Joseph C. Spero

[PROPOSED] ORDER
CASE NO. 3:25-CV-08467-JCS