UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNBIT CHO,<br><br>               Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>               Defendant. | Case No. 3:25-CV-08467-JCS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

[PROPOSED] ORDER
CASE NO. 3:25-CV-08467-JCS

## [PROPOSED] ORDER

The Court, having considered the Parties' stipulation and finding good cause, hereby ORDERS as follows:

- The Initial Case Management Conference is continued from May 20, 2026 to _____. The Parties shall file a Joint case Management Statement by _____.

IT IS SO ORDERED.

DATED: 05/19/2026 _____

Magistra



DENIED

Judge Joseph C. Spero